*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided January 9, 2003

STATE OF CONNECTICUT *v.* JASPER MCFADDEN

*Salvatore C. Adamo*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided January 9, 2003

KENNETH F. LEMOINE, JR. *v.* COMMISSIONER
OF CORRECTION

*Conrad Ost Seifert*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided January 9, 2003

COALITION TO SAVE HORSEBARN HILL ET AL.
*v.* FREEDOM OF INFORMATION
COMMISSION ET AL.